1:26-cr-00023-SDN-02

SECRET

**Synopsis**
(Indictment)

| Name: | Rashidah Henry |
|---|---|
| **Address:** (City & State Only) | Brookyln, New York |
| **Year of Birth and Age:** | 1993, 32 |
| **Violations:** | **Count 1:** Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 1344 and 1349 (Class B felony) *See* 18 U.S.C. § 3559(a)(2). |
| **Penalties:** | **Count 1:** Imprisonment of not more than 30 years, a fine of not more than $1,000,000, or both. *See* 18 U.S.C. §§ 1344, 1349. |
| **Supervised Release:** | **Count 1:** Not more than 5 years. *See* 18 U.S.C. §§ 3559(a)(2), 3583(b)(1). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Count 1:** Not more than 3 years. *See* 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count 1:** Five years, less any term of imprisonment that was imposed upon revocation of supervised release. *See* 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | To be assigned |
| **Primary Investigative Agency and Case Agent Name:** | SA Abby Mathieu, HSI SA Isaac Oransky, U.S. Dept. of State |
| **Detention Status:** | Warrant requested (in state custody) |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Penobscot / Aroostook |
| **AUSA:** | Alisa Ross |

1

| | |
|---|---|
| **Guidelines apply?  Y/N** | Y |
| **Victim Case:** | Y |
| **Corporate Victims Owed Restitution? Y/N** | Y |
| **Assessments:** | **Count 1:** $100.00; 18 U.S.C. § 3013(a)(2)(A) |