# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

RASHIDAH HENRY
  A/K/A RASHIDA

No.    1:26-cr-00023

## MOTION FOR DETENTION

The United States hereby moves for pretrial detention of the Defendant,

Rashidah Henry, A/K/A Rashida, pursuant to 18 U.S.C. § 3142, and in support states as

follows:

1. **Eligibility of Case.** This case is eligible for a detention order because the

   case involves:

   _____ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

   _____ Crime of violence

   _____ Maximum sentence life imprisonment or death

   _____ 10+ year drug offense

   _____ Felony, with two prior convictions in above categories

   _____ Felony involving a minor victim, a firearm, destructive device or

   dangerous weapon or failure to register as a sex offender

   __X__ Serious risk defendant will flee:

       -- including flight during or after the alleged offense and access to

       numerous fictitious identification documents

   _____ Serious risk obstruction of justice

1

2. **<u>Reasons for Detention:</u>**

    i. Temporary Detention.

    _____

    _____

    _____

    ii. Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which will reasonably assure:

    **_X_** Defendant's appearance as required

    ___ Safety of any other person and the community

3. **Rebuttable Presumption.** The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because:

___ Probable cause to believe the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951 et seq.), or chapter 705 of title 46.

____ Previous conviction for "eligible" offense committed while on pretrial bond.

4. **Date of Detention Hearing.** The United States requests that the detention hearing be held after a continuance of three days.

5. **Length of Detention Hearing.** The United States will require no more than a half hour to present its case for detention.

Date:  March 20, 2026

Respectfully submitted,

ANDREW B. BENSON
United States Attorney

BY: */s/ Alisa Ross*
Alisa Ross
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Room 111
Bangor, ME  04401
(207) 945-0373
Alisa.Ross@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2026, I filed the Government's Motion for Detention with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Erik Crocker, Esq.
Counsel for the Defendant

ANDREW B. BENSON
United States Attorney

BY: */s/ Alisa Ross*
Alisa Ross
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Room 111
Bangor, ME  04401
(207) 945-0373
Alisa.Ross@usdoj.gov